UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE                                                                 Chapter 13
TERESA SMITH MAYBIN                                   Case No.: 20-02539-dd
Debtor(s)

CONSENT ORDER

It appears that at least one other chapter 13 case involving the debtor(s) has been dismissed within the previous year. In order to prevent the debtor(s) from filing another bankruptcy petition that could unreasonably delay and prejudice any creditors, the debtor(s) hereby consents through his undersigned attorney to dismissal of this case without further notice or hearing upon written request to the court by the trustee if the debtor(s) fails to comply with the terms of the plan.

It is further agreed that if the case is dismissed for any reason within one year from the date of entry of the order, the debtor(s) is hereby barred from filing a chapter 11, 12, or 13 bankruptcy petition for a period of one year.

AND IT IS SO ORDERED.

I SO MOVE:

/s/ Pamela Simmons-Beasley
Pamela Simmons-Beasley, TRUSTEE

I CONSENT:
/s/MOSS AND ASSOCIATES
Attorney for the Debtor(s)